# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RONALD SATISH EMRIT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-00970 |
| ) | Judge Trauger |
| VEVO, LLC, WARNER MUSIC GROUP, ) | |
| INC. (WMG), BLUE2DIGITAL, INC., AND ) | |
| SONY MUSIC ENTERTAINMENT, ) | |
| ) | |
| Defendants ) | |

## ORDER

On December 28, 2015, the magistrate judge issued a Report and Recommendation (Docket No. 37), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for a Preliminary Injunction (Docket No. 28) and Motion for Summary Judgment (Docket No. 35) are DENIED.

This case is returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED**.

ENTER this 9th day of March 2016.

_____
ALETA A. TRAUGER
U.S. District Judge