UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RONALD SATISH EMRIT,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>VEVO, LLC, WARNER MUSIC GROUP,  )<br>INC. (WMG), BLUE2DIGITAL, INC., AND  )<br>SONY MUSIC ENTERTAINMENT,  )<br>  )<br>    Defendants  ) | Civil No. 3:15-cv-00970<br>Judge Trauger |

## ORDER

On March 28, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 49), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by defendant Sony Music Entertainment (Docket No. 25) is GRANTED, and all claims against this defendant are DISMISSED WITH PREJUDICE.

It is so **ORDERED**.

ENTER this 31st day of May 2016.

_____
ALETA A. TRAUGER
U.S. District Judge