UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| RONALD SATISH EMRIT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:15-cv-00970 |
| | ) | Judge Trauger |
| VEVO, LLC, WARNER MUSIC GROUP, INC. (WMG), BLUE2DIGITAL, INC., AND SONY MUSIC ENTERTAINMENT, | ) ) ) ) | |
| Defendants | ) | |

**ORDER**

On October 17, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 64), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED without prejudice pursuant to Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 10th day of April 2017.

_____
ALETA A. TRAUGER
U.S. District Judge